# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139969(65)(66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD ALLEN LOWN,
      Defendant-Appellant.

_____

SC: 139969
COA: 287033
Saginaw CC: 05-026696-FH

      On order of the Chief Justice, the motion by the Attorney General for leave to participate in oral argument on behalf of *amicus curiae* Prosecuting Attorneys Association of Michigan is considered and it is GRANTED. The Attorney General may present oral argument limited to 10 minutes.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2010

_____
Clerk